Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Paul E. Plunkett | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 1119 | **DATE** | 1/14/2002 |
| **CASE TITLE** | LOUIS ALLEN, JR., et al vs. BAKE-LINE PRODUCTS, INC. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  ENTER MEMORANDUM OPINION AND ORDER: The Court grants defendant's bill of costs. Judgment will be entered in defendant's favor on the bill of costs in the total amount of $21,893.20.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | JAN 1 5 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 86 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | JAN 1 5 2002 | |
| | | | date mailed notice | |
| TBK | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOUIS ALLEN, JR., MONICA BAILEY, )
GUST BROWN, BEATRICE CHAMPION, )
CATHERINE E. COKLEY, JAMES INGRAM, )
KATHY LEATHERWOOD, KATHERINE )
LEATHERWOOD, TERRENCE MCGRUE, )
SENORA MILLER, CONCHITA PITTS, )
ROSE MARIE SLAUGHTER, VALARIE R. )
SHEPPARD, CURTIS SLAUGHTER, AND )
JIMMIE R. WAYNE, )
                            )   No. 98 C 1119
                            )   Paul E. Plunkett, Senior Judge
          Plaintiffs, )
                            )
v. )
                            )
BAKE-LINE PRODUCTS, INC., )
                            )
          Defendant. )

DOCKETED JAN 15 2002

## MEMORANDUM OPINION AND ORDER

The case is before the Court on defendant's bill of costs, to which plaintiffs have lodged no objections. For the reasons set forth below, the Court finds that defendant may recover statutory costs under Federal Rule of Civil Procedure ("Rule") 54(d) in the total amount of $21,893.20.

### Discussion

To award costs under Rule 54(d), we must determine that there is statutory authority for the costs sought to be recovered and that the costs are reasonable and were necessary to the litigation. Defendant seeks to recover costs for deposition transcripts and copies of "materials actually prepared for use in presenting evidence to the court," both of which are authorized by the statute. 28 U.S.C.

§ 1920(2), (4); McIlveen v. Stone Container Corp., 910 F.2d 1581, 1584 (7th Cir. 1990) (internal quotation marks and citation omitted).

The only question, then, is whether those costs are reasonable and were necessary to the case. The answer is yes. The transcript costs defendant requests are for the depositions of the plaintiffs or of witnesses whose testimony was used by the parties to support or oppose the summary judgment motion. Thus, the depositions were necessary to defendant's case. The transcript costs are also reasonable as they comport with the charges dictated by Local Rule 54.1. Similarly, defendant seeks costs only for copies of discovery and documents filed with the Court, materials that were clearly necessary to the case, and seeks to recover $.15 per page copied, a wholly reasonable charge.

In sum, the costs sought be defendant are authorized by statute, are reasonable and were necessary to the case. Accordingly, the Court finds that defendant is entitled to recover $20,603.80 for deposition transcripts and $1,289.40 for photocopies, or a total of $21,893.20 in costs.

### Conclusion

For the reasons set forth above, the Court grants defendant's bill of costs. Judgment will be entered in defendant's favor on the bill of costs in the total amount of $21,893.20.

**ENTER:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: /-14-02